UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This Document Relates to:**<br><br>*Butler County Board of Commissioners, Ohio v. Evernorth Health, Inc., et al,* Case No. 1:23-op-45002-DAP (N.D. Ohio) | MDL No. 2804<br><br>Case No. 1:23-op-45002-DAP<br><br>Judge Dan Aaron Polster |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Pursuant to Local Rule 5.2, Plaintiff seeks leave to file its Complaint under seal.

Local Rule 5.2 states: "No document will be accepted for filling under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

Plaintiff's Complaint contains information that has been subject to Protective and Confidentiality Orders, including Case Management Order No. 2 and the amendments thereto (ECF #s 441, 1357, 2687, 2688). This information is subject to this Court's Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal (ECF # 1813). Plaintiff respectfully requests to proceed in this manner so there are no inadvertent disclosures of information subject to Protective Orders and to comply with this Court's orders.

WHEREFORE, Plaintiff respectfully requests the Honorable Court to grant Plaintiff's Motion for Leave to File its Complaint Under Seal.

Dated: February 1, 2023,	Respectfully submitted,

	 /s/ Mark H. Troutman
	Mark H. Troutman (0076390), Trial Attorney
	Shawn Judge (0069493)
	*working from and licensed only in Ohio
	**GIBBS LAW GROUP LLP**
	1111 Broadway, Suite 2100
	Oakland, California 94607
	Telephone: (510) 350-9700
	Facsimile: (510) 350-9701
	mht@classlawgroup.com
	skj@classlawgroup.com

	John F. Garvey (Mo Bar No. 35879)
	**BRANSTETTER STRANCH AND JENNINGS, PLLC**
	Peabody Plaza
	701 Market Street, Suite 1510
	St. Louis, MO 63101
	Tel: (615) 254-8801
	jackg@bsjfirm.com

	J. Gerard Stranch, IV (TN Bar No. 23045)
	**BRANSTETTER STRANCH AND JENNINGS, PLLC**
	223 Rosa L. Parks Avenue,
	Suite 200 Nashville, TN 37203
	Tel: (615) 254-8801
	gerards@bsjfirm.com

	Joanne Cicala
	Josh Wackerly
	R. Johan Conrod
	**THE CICALA LAW FIRM PLLC**
	101 College Street
	Dripping Springs, Texas 78620
	Tel: (512) 275-6550
	Fax: (512) 858-1801
	joanne@cicalapllc.com
	josh@cicalapllc.com
	johan@cicalapllc.com


	*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                              */s/ Mark H. Troutman*
                                              Mark H. Troutman